UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>                              Plaintiff,<br><br>                -against-<br><br>BADUSHA REDZEPOSKI, et al.,<br><br>                              Defendants. | 25-CV-10610 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due March 17, 2026, and the initial pretrial conference scheduled for March 24, 2026, at 2:30 p.m., are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 6, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  March 16, 2026
        White Plains, New York

                                                     SO ORDERED.

                                                     _____
                                                     JESSICA G. L. CLARKE
                                                     United States District Judge