UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHH MORTGAGE CORPORATION<br><br>                     Plaintiff,<br><br>             -against-<br><br> BADUSHA REDZEPOSKI, et al.,<br><br>                     Defendants. | 25-CV-10610 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, and the closure of Defendant Badusha Redzeposki's bankruptcy proceedings, ECF No. 29, Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 11, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

The Clerk of Court is directed to lift the stay in this case.

Dated:  May 7, 2026
        White Plains, New York

                                SO ORDERED.

                                *Jessica Clarke*
                                _____

                                JESSICA G. L. CLARKE
                                United States District Judge